Jacob L. Fonnesbeck (#11961)
jfonnesbeck@smithwashburn.com
**SMITH WASHBURN, LLP**
6871 Eastern Avenue., Suite 101
Las Vegas, NV 89119
Telephone: (725) 666-8701
Facsimile: (725) 666-8710

*Attorneys for Reflex Media, Inc. and
Clover8 Investments PTE. LTD.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REFLEX MEDIA, *et al*.,<br><br>　　　　Petitioner,<br><br>v.<br><br>SUCCESSFULMATCH.COM, *et al*.,<br><br>　　　　Respondent. | Case No. 2:18-CV-00259-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>**(First Request)** |

　　　　In accordance with U.S. District of Nevada, Local Rule IA 6-1, Jacob L. Fonnesbeck, counsel for Reflex Media, Inc., and Clover8 Investments PTE LTD ("Plaintiffs"), and Michael J. McCue, counsel for Jason Du and Successfulmatch.com ("Defendants"), respectfully submit this Stipulation to extend Plaintiffs' time to answer the Defendants' Motion to Dismiss from the current scheduled date of July 23, 2018 to August 6, 2018.

　　　　Parties have agreed to a two-week extension of time for Plaintiffs to respond to Defendants' Motion to Dismiss. Plaintiffs' counsel will be out of the country and unavailable the week prior to the current deadline and will need additional time to prepare a response.

////
////
////
////
////
////
////
////

This is the Plaintiffs' first request for an extension of time to file a response to the Defendants' Motion to Dismiss.

DATED: July 16, 2018

| | |
|---|---|
| **SMITH WASHBURN, LLP** | **LEWIS ROCA ROTHGERBER CHRISTIE, LLP** |
| /s/ Jacob L. Fonnesbeck<br>Jacob L. Fonnesbeck<br>6871 Eastern Avenue., Suite 101<br>Las Vegas, NV 89119<br>Telephone:(725) 666-8701<br>Facsimile: (725) 666-8710<br>*Attorneys for Reflex Media, Inc. and Clover8 Investments PTE. LTD.* | /s/ Michael J. McCue (as per consent)<br>Michael J. McCue<br>Meng Zhong<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>Telephone: (702) 949-8200<br>*Attorneys for Jason Du and Successfulmatch.com* |

IT IS SO ORDERED:

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

Dated this __19__ day of July, 2018.