Jacob L. Fonnesbeck (#11961)
  jfonnesbeck@smithwashburn.com
**SMITH WASHBURN, LLP**
6871 Eastern Avenue., Suite 101
Las Vegas, NV 89119
Telephone: (725) 666-8701
Facsimile:  (725) 666-8710

*Attorneys for Reflex Media, Inc. and*
*Clover8 Investments PTE. LTD.*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REFLEX MEDIA, *et al*., | Case No. 2:18-CV-00259-GMN-GWF |
|     Petitioner, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT DIANNE MURRAY TO RESPOND TO PLAINTIFFS' COMPLAINT** |
| v. | |
| SUCCESSFULMATCH.COM, *et al*., | **(First Request)** |
|     Respondent. | |

In accordance with U.S. District of Nevada, Local Rule IA 6-1, Jacob L. Fonnesbeck, counsel for Reflex Media, Inc., and Clover8 Investments PTE LTD ("Plaintiffs"), and Dianne Murray, *pro se*, respectfully submit this Stipulation to extend Ms. Murray's time to answer Plaintiffs' Complaint from the current scheduled date of August 6, 2018, to August 20, 2018.

Parties have agreed to a two-week extension of time for Ms. Murray to respond to Plaintiffs' Complaint. Ms. Murray is representing herself in this action and resides in Australia. In addition, the parties are working to reach a settlement agreement. The parties anticipate that the settlement agreement can be finalized in the next two weeks, thereby alleviating the need for Ms. Murray to file an answer in this case. Accordingly, the parties respectfully submit that good cause exists for extending the deadline for Ms. Murray to answer Plaintiffs' Complaint.

////

////

////

////

////

4829-7163-5823, v. 1

1    This is the parties first request for an extension of time for Ms. Murray to file a response to the

2    Complaint.

3    DATED: August 3, 2018

4
     **SMITH WASHBURN, LLP**                          **DIANNE MURRAY**
5
     /s/ Jacob L. Fonnesbeck                          /s/ Dianne Murray
6    Jacob L. Fonnesbeck                              Dianne Murray (*with permission*)
     6871 Eastern Avenue., Suite 101                  *Pro se*
7    Las Vegas, NV 89119
     Telephone:(725) 666-8701
8    Facsimile: (725) 666-8710
     *Attorneys for Reflex Media, Inc. and*
9    *Clover8 Investments PTE. LTD.*

10

11                                                    IT IS SO ORDERED:

12
                                                      _George Foley Jr._____
13                                                    GEORGE W. FOLEY
                                                      UNITED STATES MAGISTRATE JUDGE
14

15
                                                      DATED:  __8/07/2018_____
16

17

18

19

20

21

22

23

24

25

26

27

28