AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

REFLEX MEDIA, INC., et al.,

           Plaintiff,

v.

SUCCESSFULMATCH.COM, et al.,

           Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-00259-GMN-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Plaintiffs be awarded a total of $20,900,000.00 in statutory damages.

| 1/25/2021 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |
|  | /s/ D. Reich-Smith |
|  | Deputy Clerk |